IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:06cr24DCB-JCS

KEVIN O. YOUNG a/k/a Paul Young

AGREED ORDER OF CONTINUANCE

CAME ON this day on the defendant's *ore tenus* Motion for Continuance, and the Court having been fully advised in the premises that the defendant's undersigned counsel was appointed to represent defendant on December 4, 2006, and that defendant needs additional time to prepare for trial and to complete certain pre-trial obligations and that both parties agree that it is in the public interest to grant such motion for a continuance, finds that the defendant's motion is meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendant's and the public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice and that the defendant's motion should be granted.

IT IS, THEREFORE, ORDERED that trial of this cause shall be continued from February 6, 2007, until the term of Court which begins on the  3rd  day of  April , 2007.

SO ORDERED AND ADJUDGED this, the  30th  day of  January , 2007.

                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE

AGREED:

 s/Sandra G. Moses
SANDRA G. MOSES
Assistant U.S. Attorney


 s/Hugh W. Tedder, Jr.
HUGH W. TEDDER, JR.
Counsel for Defendant Kevin O. Young